UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOES, MARY ROES, and SIMILARLY SITUATED VICTIMS,

                Petitioner,

-against-

WILLIAM BARR, *in his official capacity*,

                Respondent.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  6-8-20
```

20-CV-3067 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 16, 2020, Petitioners "John Does and Mary Roes"—who identify as "citizens of the United States as victims or potential victims under the attack of such deadly pandemic of Covid19"—filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1651 on behalf of a putative class of "hundreds of thousands Covid19 Pneumonia Patients as victims who have been deliberately or recklessly, excluded from receiving such proven best medication as of Hydroxychloroquine." Dkt. 1 at 1.  Petitioners seek a writ of mandamus "to direct the Respondent Attorney General His Excellency William Barr to form a task force from the U.S. Department of Justice to conduct criminal investigation upon those who should be held accountable for contributing to skyrocketed number of unnecessary Covid19 deaths by intentionally or recklessly ban or restrict the Hydroxychloroquine." *Id*. at 9.  Petitioners also seek an "injunction to lift all unnecessary restrictions in any form under any unsubstantiated, ungrounded excuses, regardless its being illusionary, insane, of stupidity or of ignorance, upon such best ever drug as anti-viral, life saving, well established pill as Hydroxychloroquine," as well as an injunction to "[e]liminate any restrictions and bans on Hydroxychloroquine for its availability to each and every person in the United States who has been infected with Corona

Virus."  Finally, Petitioners seek a declaration that "banning or restrictive state executive orders such as the one in the State of Navada [sic] and the State of New York, and elsewhere, are unconstitutional and therefore be abolished and repealed by this Court's Injunction," as well as a declaration that "no person shall be deprived his constitutional rights to receive the best ever medication, such as Hydroxychloroquine, reasonably available, under the equal protection of his rights to life as paramount interests under 14th Amendment."  *Id*.

On May 21, 2020, Petitioners filed a "Motion to Show Cause and for Show Cause Hearing Why Should Judicial Intervention to Remove Obstacles in Saving American Lives for Covid 19 Patients Not Be Taken Immediately."  Dkt. 6.  Petitioners seek a show cause hearing, "held in person[], rather than electronically," at which Petitioners would invite various witnesses to testify.  *Id*. at 1-2.

On June 6, 2020, Petitioners moved the Court for an adjournment of "the show cause hearing which was scheduled for June 8, 2020" until July 8, 2020.  Dkt. 7 at 1.  The Court, however, has not yet scheduled a show cause hearing, and thus need not rule on the motion for an adjournment.  The Court will notify the parties if and when a show cause hearing has been scheduled.

The Clerk of Court is respectfully directed to terminate the motion at Docket Entry 7.

SO ORDERED.

Dated:   June 8, 2020
        New York, New York

                                            Ronnie Abrams
                                            United States District Judge